No. 75–122. CANTOR, DBA SELDEN DRUGS Co. *v.* DETROIT EDISON Co. C. A. 6th Cir. [Certiorari granted, *ante,* p. 821.] Motions of National Association of Regulatory Utility Commissioners and Michigan Bell Telephone Co. et al. for leave to file briefs as *amici curiae* granted.

No. 75–260. McDONALD ET AL. *v.* SANTA FE TRAIL TRANSPORTATION CO. ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 923.] Motions of Chamber of Commerce of the United States, American Jewish Committee, and Anti-Defamation League of B'nai B'rith for leave to file briefs as *amici curiae* granted.

No. 75–292. SERBIAN EASTERN ORTHODOX DIOCESE FOR THE UNITED STATES OF AMERICA AND CANADA ET AL. *v.* MILIVOJEVICH ET AL. Sup. Ct. Ill. [Certiorari granted, *ante,* p. 911.] Motion of the Catholic Bishop of Chicago for leave to file a brief as *amicus curiae* granted.

No. 75–312. YOUNG, MAYOR OF DETROIT, ET AL. *v.* AMERICAN MINI THEATRES, INC., ET AL. C. A. 6th Cir. [Certiorari granted, *sub. nom. Gribbs* v. *American Mini Theatres, Inc., ante,* p. 911.] Motion of respondents for additional time for oral argument denied. Alternative request for divided argument granted.

No. 75–377. LUDWIG *v.* MASSACHUSETTS. Appeal from Sup. Jud. Ct. Mass. [Probable jurisdiction noted, *ante,* p. 945.] Motion of appellant for leave to proceed further herein *in forma pauperis* denied.

No. 75–676. BOWMAN TRANSPORTATION, INC. *v.* ARKANSAS-BEST FREIGHT SYSTEM, INC., ET AL. Appeal from D. C. W. D. Ark. The Solicitor General is invited to file a brief in this case expressing the views of the United States.